```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 10-11533 |
| NAVJOT, LLC | CHAPTER 11 |
|    DEBTOR._____/ | MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL, DECLARATION OF SURINDER SROA, MEMORANDUM OF POINTS AND AUTHORITIES |
| | (854-866 Fourth St., San Rafael) |
| | Date:  May 21, 2010 |
| | Time:  9:00 a.m. |
| | Place: 99 South E St. |
| |        Santa Rosa, CA |

TO: HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE:

NAVJOT, LLC, Debtor herein, by and through counsel, hereby moves the above entitled Court for an Order Authorizing Use of Cash Collateral consistent with the Budget attached hereto as Exhibit A.

Said Motion is made on the grounds that the creditor is secured by the rents from the premises located at 854-866 Fourth St., San Rafael, CA but is adequately protected with the use of said rents by the value of the real property and rents due in subsequent months.

Said Motion is made and based on the within Motion, the Declaration of Surinder Sroa, and the Memorandum of Points and Authorities appended hereto.

Dated:   5/19/10                    DAVID N. CHANDLER, p.c.


                                    By: */s/ David N. Chandler*
                                    DAVID N. CHANDLER,
                                    Attorney for Debtor

DECLARATION OF SURINDER SROA

I, Surinder Sroa, declare and say:

1. That if called as a witness, I am competent to testify to the within matters from my own knowledge.

2. I am one of the managing members of the Debtor in the within Chapter 11 case.

3. The real property located at 854-866 Fourth St., San Rafael, CA consists of a multi tenant commercial building. The property is property of the within estate.

4. The rents produced by the subject property are set forth in Exhibit A.

5. In order to manage the property and produce the rents as shown and as projected, certain expenses must be paid on an ongoing basis to maintain habitability of the premises.

6. A budget for the monthly expenses of operation is attached hereto as Exhibit A. The monthly amount set forth in Exhibit A for insurance is the prorated monthly payment for insurance for 811 Grant, Novato, 714 Fourth St., 854 Fourth St., and 901 Lincoln, San Rafael, California. The policy is a single policy covering said properties. Only the prorated amount is proposed to be paid from the cash collateral from the subject property.

7. The subject property has a value in excess of the amount secured thereby.

8. It is in the best interests of the estate and creditors, including those secured by the rents, to permit the use of cash collateral to maintain the taxes, insurance and maintenance.

Executed under penalty of perjury this 19th day of May, 2010

at San Rafael, California.

                                                                      */s/ Surinder Sroa*
                                                                      SURINDER SROA

## MEMORANDUM OF POINTS AND AUTHORITIES

    Navjot, LLC, Debtor herein, submit the following authorities in support of its Motion for Order Authorizing Use of Cash Collateral:

    1. The within case was filed on April 27, 2010 pursuant to Chapter 11 of the Code.

    2. The real property located at 854-866 Fourth St., San Rafael, CA is property of the within estate and encumbered by a first priority Deed of Trust in favor of JP Morgan Chase.

    3. Said property produces rent as shown in Exhibit A.

    4. Certain expenses must be paid each month to maintain the respective properties consistent with the obligations of the owner pursuant to the applicable lease or rental agreement. The expenses are set forth in the Budget attached hereto as Exhibit A.

    5. The continuing rents are cash collateral of the said secured creditor(s). In order to continue to produce rents, certain expenses of the property are required to be paid.

    6. The Debtor may not use cash collateral unless (a) the entity having an interest consents, or (b) the court, after notice and hearing authorizes such use. Section 363(c)(2).

    7. A hearing on a cash collateral motion shall be scheduled in accordance with the needs of the Debtor. Section 363(c)(3).

    8. Debtor requires the use of cash collateral to pay expenses as set forth in the Budget attached hereto as Exhibit A.

    9. It is respectfully submitted that the Debtor be

authorized to utilize cash collateral rents pursuant to the said budget and to pay such expenses as budgeted therefore as same are incurred.

Dated:   5/19/10                    DAVID N. CHANDLER, p.c.


By: */s/ David N. Chandler*
DAVID N. CHANDLER,
Attorney for Debtor

# Income Property Operating Statement

| Entity Name: | Navjot LLC |
|---|---|
| Property Address: | 854-866 4th St |

| | 2010 monthly |
|---|---:|
| **INCOME:** | |
| Rental Income | $ 13,096 |
| Other Income CAM Charges | $ 3,152 |
| **TOTAL INCOME** | $ 16,248 |
| | |
| **EXPENSES:** | |
| Mangement Fee (Offsite) rent | |
| Administrative (G&A) | |
| Property Insurance | $ 800 |
| Legal and other Professional Fees | |
| On-site Mgmt - Salaries, Taxes, Benefits | $ 276 |
| Interior Cleaning & Maintenance | |
| General Repairs & Maintenance | $ 1,000 |
| Gardening, Pool, Pest Control | |
| Supplies | |
| Real Estate Taxes | $ 2,842 |
| Utilities (Electrical and Gas) | |
| Utilities (Water and Trash) | |
| Other Operating Expenses | |
| Miscellaneous | |
| **TOTAL OPERATING EXPENSES** | $ 4,918 |
| | |
| **NET CASH FLOW** | $ 11,330 |

I certify under penalty of perjury that the information herein is true and correct.

By: _____  Date: _____

By: _____  Date: _____