David N. Chandler, Sr.    SBN 60780
David N. Chandler, Jr.    SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:                        CASE No. 10-11533

                              CHAPTER 11
NAVJOT, LLC,
                              APPLICATION TO EMPLOY ATTORNEY
                              UNDER GENERAL RETAINER, AFFIDAVIT
_____Debtor._____/         OF PROPOSED ATTORNEY TO BE
                              EMPLOYED UNDER GENERAL RETAINER,
                              and ORDER AUTHORIZING EMPLOYMENT
                              OF ATTORNEY UNDER GENERAL
                              RETAINER

     TO:  THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY

COURT JUDGE:

     The Application of Navjot, LLC, Debtor herein, respectfully

represents:

     1.   Applicant is the Debtor in the above-captioned Chapter 11

proceeding.

     2.   Applicant wishes to retain DAVID N. CHANDLER, p.c., a

professional corporation employing attorneys duly admitted to

practice in this Court, to represent it as general counsel before

this Court in the above-captioned case and provide it assistance

relative to the related case.

     3.   To the best of Applicant's knowledge, DAVID N. CHANDLER,

p.c., does not have any connection with the Debtor, its creditors or

any other party in interest, or their respective attorneys or

accountants, the United States Trustee or any person employed in the

office of the United States Trustee, and represents no interest adverse to the estate in the matters upon which it is to be retained, except as may be stated in the Affidavit of David N. Chandler, filed herewith.

WHEREFORE, it is respectfully requested that the Debtor be authorized to employ DAVID N. CHANDLER, p.c. under a general retainer agreement, to represent Debtor in the above-captioned case before this Court, and that Debtor have such other and further relief as is just and proper.

Dated:    4/28/2010            _/s/ Surinder Pal Sroa_
                              SURINDER PAL SROA,
                              Managing Member

AFFIDAVIT OF PROPOSED ATTORNEY TO
BE EMPLOYED UNDER GENERAL RETAINER

DAVID N. CHANDLER, being duly sworn, deposes and says:

1.    I am an attorney at law, admitted to practice before all courts of the State of California, as well as this Court.    I maintain an office at 1747 Fourth Street, Santa Rosa, California.

2.    Insofar as I have been able to ascertain, I do not, nor does any member/employee of my firm, David N. Chandler, p.c., have any connection with the Debtor herein, its creditors, or any other party in interest or their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee except as stated herein.

3.    Insofar as I have been able to ascertain, I do not represent any interest adverse to that of the estate of the debtor in the matters upon which I am to be engaged.    I have never represented and have no prior contacts with the Debtor herein.    I

have no connections with any creditors insofar as known and represent no interests and have no interests except as stated herein.

    4.   The connections set forth herein are intended to comply with the disclosure requirements of Section 327 as set forth in *In re Park Helena Corp.*, 63 F.3d 877, 882 (9th Cir. 1995).

    5.   The following connections exist between the Declarant and the Debtor herein:

        a.   The declarant and the Debtor had an attorney client relationship prior to the within Application upon consultation;

        b.   Declarant and Debtor have electronic connections through internet service providers and telephone systems.

    6.   The forgoing connections set forth in paragraph 5 hereof are the only connections known to the Declarant which Declarant has with the Debtor.

    7.   The following connections exist between the Declarant and creditors of the Debtor herein:

        a.   Declarant currently, and has in the past, represent[ed] debtors in unrelated matters who [which] have creditors in common with the Debtor herein and have discharged all or a portion of the claims of such creditors; and

        b.   Declarant has creditors in common with the Debtor, i.e., Pacific Gas and Electric Company, and IRS.

    8.   Declarant has no known connections with any creditor in the case their attorneys or accountants, except as set forth in paragraph 7 hereof.

    9.   Based on the foregoing, I am a disinterested person within the meaning of Section 101(13) and 327 of the Bankruptcy Code.

1 David N. Chandler, p.c. is disinterested.

2     10. I am well qualified to represent the Debtor generally

3 herein, and am willing to accept employment on the basis set forth

4 in the annexed application.

5     11. My hourly rate is $385.00 per hour for my time, $285.00

6 per hour for associate attorney time and $110.00 per hour for

7 paralegal time.

8     12. Affiant has advised the Debtor of my willingness to serve

9 as its counsel under a general retainer based on time and standard

10 billable charges.

11

12 Dated:    4/28/2010         */s/ David N. Chandler*

                       DAVID N. CHANDLER

13                        Attorney for Debtor

14         ORDER AUTHORIZING EMPLOYMENT OF

        <u>ATTORNEY UNDER GENERAL RETAINER</u>

15

16     Upon the application of Navjot, LLC, the Debtor herein, dated

17 April 28, 2010, for an order authorizing it to employ and retain

18 DAVID N. CHANDLER, p.c. as its attorney under a general retainer,

19 and upon the annexed affidavit of David N. Chandler, sworn to on

20 April 28, 2010, and it appearing that DAVID N. CHANDLER is duly

21 admitted to practice before this court, and the court being

22 satisfied that said attorney, along with his firm, David N.

23 Chandler, p.c., represents no interest adverse to the estate with

24 respect to matters upon which he is to be engaged, that he is a

25 disinterested person under Section 101(13) and 327 of Title 11,

26 United States Code, that his employment is necessary and would be in

27 the best interest of the estate, and sufficient cause appearing

28 therefore:

IT IS SO ORDERED that Navjot, LLC, be and is hereby authorized to employ and retain DAVID N. CHANDLER, p.c. as its attorney under a general retainer to perform all of the services set forth in the annexed application, with such compensation as is approved by the court.

Dated:  May 21, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge