1 David N. Chandler, Sr.   SBN 60780
  David N. Chandler, Jr.   SBN 235427
2 DAVID N. CHANDLER, p.c.
  1747 Fourth Street
3 Santa Rosa, CA  95404
  Telephone: (707) 528-4331
4
  Attorneys for Debtor
5

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 10-11533 |
| NAVJOT, LLC, | CHAPTER 11 |
|    DEBTOR.       / | ORDER CONFIRMING PLAN |

    The Plan ("Plan") under Chapter 11 of the Bankruptcy Code filed by NAVJOT, LLC, Debtor herein, on September 3, 2010, and Amended on November 24, 2010, and the Plan having been transmitted to creditors and equity security holders; and

    It having been determined after hearing on notice on November 22, 2010:

    1.    The Plan has been accepted in writing by the creditors and equity security holders as is required by law.

    2.    The provisions of Chapter 11 of the Code have been complied with; the Plan has been proposed in good faith and not by any means forbidden by law.

    3.    Each holder of a claim or interest will receive or retain under the Plan, property of a value, as of the effective date of the Plan, that is not less than the amount such holder would receive or

1

retain if the Debtors were liquidated under Chapter 7 of the Code on such date.

    4. All payments made or promised by the Debtor, or by a person issuing securities, or acquiring property under the Plan, or by any other person for services or for costs and expenses, or in connection with the Plan, and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to the approval of the Court.

    5. The identity, qualifications, and affiliations of the persons who are to be directors or officers, or voting Trustees, if any, of the Debtor, after confirmation of the Plan, have been duly disclosed and the appointment of such persons to such offices, or their continuances therein, is equitable, and consistent with the interest of the creditors and equity security holders and with public policy.

    6. The identity of any insiders that will be employed or retained by the Debtor and his compensation have been fully disclosed.

    7. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtors under the Plan.

    IT IS ORDERED as follows:

    1. That the Plan filed by NAVJOT, LLC, Debtor herein, on September 3, 2010, and Amended on November 24, 2010, a copy of which Plan and Amendment are on file with the Court, is approved and confirmed.

    2. Nothing contained herein, in the Plan or the Amendment to

the Plan shall be construed to release any obligations of third parties, including, but not limited to guarantors, or release any security interests describing property which is not property of the estate, or property which was not scheduled by Debtor in this case.

Dated: November 28, 2010

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge

Approved as to form and content:

    BUCHALTER NEMER
    A Professional Corporation

By:   */s/ Craig C. Chiang*
    CRAIG C. CHIANG,
    Attorneys for Chase Bank

    MACCONAGHY & BARNIER

By:   *(authorization by email)*
    MONIQUE JEWETT-BREWSTER
    Attorneys for Elbert Branscomb

    SCHEER LAW GROUP, LLP

By:   */s/ Spencer P. Scheer*
    SPENCER P. SCHEER
    Attoreys for Marin Mortgage
    Bankers, et. al.